# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

ELI LILLY AND COMPANY

        Plaintiff

v.

TEVA PARENTERAL MEDICINES, INC.,
APP PHARMACEUTICALS, LLC,
PLIVA HRVATSKA D.O.O.,
TEVA PHARMACEUTICALS USA INC., and
BARR LABORATORIES, INC.

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

1:10-cv-1376 TWP-DML

TO:    Highest Officer Found
          Barr Laboratories, Inc.
          225 Summit Avenue
          Montvale, NJ 07645

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS:

Jan M. Carroll
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: 317-236-1313

an answer to the complaint which is herewith served upon you, within __23__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK

By _____
(BY) DEPUTY CLERK

DATE: OCT 29 2010

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me([1]) | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                                       Signature of Server

Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
317/236-1313

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDS02 JMC 1137341v1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

ELI LILLY AND COMPANY

        Plaintiff

v.

TEVA PARENTERAL MEDICINES, INC.,
APP PHARMACEUTICALS, LLC,
PLIVA HRVATSKA D.O.O.,
TEVA PHARMACEUTICALS USA INC., and
BARR LABORATORIES, INC.

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

1:10-cv-1376 TWP -DML

TO:    Highest Officer Found
          Teva Pharmaceuticals USA Inc.
          1090 Horsham Road
          North Wales, PA  19454

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS:

Jan M. Carroll
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: 317-236-1313

an answer to the complaint which is herewith served upon you, within __23__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

_____       OCT 29 2010
CLERK                                                   DATE

By _____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me(¹) | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____

☐ Other (specify): _____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                                      Signature of Server

                                      Barnes & Thornburg LLP
                                      11 South Meridian Street
                                      Indianapolis, IN  46204
                                      317/236-1313

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDS02 JMC 1137339v1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

ELI LILLY AND COMPANY

        Plaintiff

v.

TEVA PARENTERAL MEDICINES, INC.,
APP PHARMACEUTICALS, LLC,
PLIVA HRVATSKA D.O.O.,
TEVA PHARMACEUTICALS USA INC., and
BARR LABORATORIES, INC.

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**1 :10** cv- **1 3 7 6** TWP -DML

TO:    Pliva Hrvatska D.O.O.
         c/o Highest Officer Found
         Teva Pharmaceuticals USA Inc.
         1090 Horsham Road
         North Wales, PA  19454

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS:

Jan M. Carroll
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: 317-236-1313

an answer to the complaint which is herewith served upon you, within __23__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK _[signature]_

By _[signature]_
(BY) DEPUTY CLERK

DATE  OCT 29 2010

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me([1]) | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

    I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                                                                               Signature of Server

                                                                               Barnes & Thornburg LLP
                                                                               11 South Meridian Street
                                                                               Indianapolis, IN  46204
                                                                               317/236-1313

  (1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDS02 JMC 1137336v1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

ELI LILLY AND COMPANY

        Plaintiff

v.

TEVA PARENTERAL MEDICINES, INC.,
APP PHARMACEUTICALS, LLC,
PLIVA HRVATSKA D.O.O.,
TEVA PHARMACEUTICALS USA INC., and
BARR LABORATORIES, INC.

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

1:10-cv-1376 TWP-DML

TO:   APP Pharmaceuticals, LLC
        c/o its Registered Agent
        Corporation Service Company
        251 East Ohio Street, Suite 500
        Indianapolis, IN 46204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS:

Jan M. Carroll
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: 317-236-1313

an answer to the complaint which is herewith served upon you, within __23__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK

By _____
(BY) DEPUTY CLERK

OCT 29 2010

DATE

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me(¹) | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____

☐ Other (specify): _____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                                        Signature of Server

                                        Barnes & Thornburg LLP
                                        11 South Meridian Street
                                        Indianapolis, IN  46204
                                        317/236-1313

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDS02 JMC 1137335v1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

ELI LILLY AND COMPANY

        Plaintiff

v.

TEVA PARENTERAL MEDICINES, INC.,
APP PHARMACEUTICALS, LLC,
PLIVA HRVATSKA D.O.O.,
TEVA PHARMACEUTICALS USA INC., and
BARR LABORATORIES, INC.

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

1:10 cv-1376 TWP-DML

TO:    Highest Officer Found
          Teva Parenteral Medicines, Inc.
          19 Hughes
          Irvine, CA 92618

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS:

Jan M. Carroll
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: 317-236-1313

an answer to the complaint which is herewith served upon you, within __23__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK

By _____
(BY) DEPUTY CLERK

DATE: OCT 29 2010

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me(¹) | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

_____

_____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                                      Signature of Server

                                      Barnes & Thornburg LLP
                                      11 South Meridian Street
                                      Indianapolis, IN 46204
                                      317/236-1313

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.