IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:10-CV-1376-TWP-DKL |
| | ) | |
| TEVA PARENTERAL MEDICINES, INC., | ) | |
| APP PHARMACEUTICALS, LLC, | ) | |
| PLIVA HRVATSKA D.O.O., | ) | |
| TEVA PHARMACEUTICALS USA INC., | ) | |
| and BARR LABORATORIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANTS' CONSENTED TO MOTION FOR
LEAVE TO AMEND THEIR PRELIMINARY INVALIDITY CONTENTIONS**

Defendants Teva Parenteral Medicines, Inc., APP Pharmaceuticals, LLC, Pliva Hrvatska D.o.o., Teva Pharmaceuticals USA, Inc., and Barr Laboratories, Inc. (collectively, "Defendants"), by counsel, having filed Defendants' Consented To Motion For Leave To Amend Their Preliminary Invalidity Contentions and filed their Brief In Support of Defendants' Consented To Motion For Leave To Amend Their Preliminary Invalidity Contentions, and the Court, being duly advised in the premises, now finds that said Motion should be granted.

IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED that preliminary invalidity contentions are amended and that Defendants will serve Plaintiff with a formal copy of their amended preliminary invalidity contentions within three business days of this Court's order.

Dated: __08/05/2011_____

_Denise LaRue_ (signature)
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

DISTRIBUTION TO:

David O. Tittle
Kandi Kilkelly Hidde
BINGHAM McHALE LLP
E-mail: dtittle@binghammchale.com
Email:  khidde@binghammchale.com

Daryl L. Wiesen
Emily L. Rapalino
Email:  dwiesen@goodwinprocter.com
Email:  erapalino@goodwinprocter.com

Eric H. Yecies
Michael B. Cottler
Jonathan E. Grossman
Email:  eyecies@goodwinprocter.com
Email:  mcottler@goodwinprocter.com
Email:  jgrossman@goodwinprocter.com


Jan M. Carroll
BARNES & THORNBURG LLP
E-mail:jan.carroll@btlaw.com

Bruce R. Genderson
Adam L. Perlman
Ellen E. Oberwetter
Dov P. Grossman
David M. Krinsky
WILLIAMS & CONNOLLY LLP
Email:  bgenderson@wc.com
Email:  aperlman@wc.com
Email:  eoberwetter@wc.com
Email:  dgrossman@wc.com
Email:  dkrinsky@wc.com


1604561