IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:10-cv-01376-TWP-DKL |
| | ) |
| TEVA PARENTERAL MEDICINES, INC., | ) |
| APP PHARMACEUTICALS, LLC, | ) |
| PLIVA HRVATSKA D.O.O., | ) |
| TEVA PHARMACEUTICALS USA, INC., and | ) |
| BARR LABORATORIES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF ELI LILLY AND COMPANY'S
DEPOSITION DESIGNATIONS**

Pursuant to Paragraph VI.A.4 of the Amended Case Management Plan (Docket No. 129, as amended by the Court's Orders of September 24, 2012, Docket No. 139, October 25, 2012, Docket No. 175, and April 19, 2013, Docket No. 211), Plaintiff Eli Lilly and Company ("Lilly") intends to offer the following depositions into evidence during Lilly's case in chief:

**Aditi Dron
Testimony of October 18, 2012**

| Page:Line | Counter-Number |
|---|---|
| 6:8-10 | 9:15:07-10 |
| 7:14-16; 8:2-5; 13:5-13 | 9:16:20-25; 9:18:17-25; 9:24:00-18 |
| 83:11-13; 84:5-11 | 12:14:41-58; 12:18:35 – 12:19:06 |
| 145:1-14 | 4:09:23 – 4:11:51 |
| 146:7 – 147:10; 147:13-21; 148:1-10, 13-16; 148:19 – 149:1; 149:5; 150:23 – 151:1; 151:6-21; 152:7-11 | 4:13:12 – 4:14:52; 4:15:22 – 4:16:08; 4:16:17 – 4:17:07; 4:17:10-21: 4:17:27 – 4:18:06; 4:18:13-15; 4:21:08-21; 4:21:32 – 4:22:56; 4:23:14-40 |
| 154:3-5, 8; 154:23 – 155:2; 155:6-8, 11-13 | 4:25:44-55; 58-59; 4:26:57 – 4:27:06; 4:27:10-20, 27-37 |
| 184:23 – 185:24; 186:4-8, 11-14 | 5:45:35 – 5:46:55; 5:47:06-25, 29-43 |

## Sunni Churchill
## Testimony of November 8, 2012[1]

| Page:Line | Counter-Number |
|---|---|
| 9:22 – 10:2 | Tape 1_00:01:24-33 |
| 15:15-22; 16:3-6, 9-13, 19-20 | Tape 1_00:05:39-57; 00:06:05-19, 22-31, 38-39 |
| 17:17 – 18:6; 18:9-14 | Tape 1_00:08:19-46, 48-55 |
| 18:24 – 19:15; 19:21; | Tape 1_00:09:08 – 00:10:11; 00:10:26-27 |
| 19:24 – 20:10 | Tape 1_00:10:34-52 |
| 21:12 – 14; 21:21 | Tape 1_00:11:43-48, 55 |
| 43:4-7 | Tape 1_00:33:22-32 |
| 56:18-20; 56:24 – 57:1 | Tape 1_00:46:50-58; 00:47:02-06 |
| 75:5-6, 10-19 | Tape 1_01:03:51-57; 01:04:01-23 |
| 81:18-24 | Tape 2_00:00:14-40 |
| 103:5-8 | Tape 2_00:22:13-24 |
| 132:15 – 133:2 | Tape 2_00:56:35 – 00:57:08 |
| 133:23 – 134:2 | Tape 2_00:58:07-26 |
| 142:23 – 143:5; 143:9-16 | Tape 2_01:08:55 – 01:09:14; 01:09:17-33 |
| 145:6-8, 12-16 | Tape 2_01:11:06-14, 20-35 |
| 150:20-22; 151:5-8 | Tape 2_01:16:55 – 01:17:04; 01:17:24-36 |
| 153:14-17 | Tape 3_00:01:54 – 00:02:11 |
| 157:15 – 158:1; 158:7 – 159:4; 159:7-9, 13-17 | Tape 3_00:08:03-36; 00:08:44 – 00:09:47; 00:09:50-53; 00:09:59 – 00:10:08 |
| 159:24 – 160:4; 160:7-17, 19-21; 161:2-7 | Tape 3_00:10:29-41; 00:10:46 – 00:11:15; 00:11:21-33 |
| 167:6-20; 168:1-12 | Tape 3_00:19:46 – 00:20:29; 00:20:35 – 00:21:08 |
| 169:16-23 | Tape 3_00:22:38-58 |
| 172:18-21; 173:3 – 174:1; 174:3-7, 13-17, 19-20; 174:24 – 175:3 | Tape 3_00:25:39-46; 00:25:53 – 00:27:09, 20-30, 37-44 |
| 220:20 – 221:8 | Tape 4_00:04:50 – 00:05:56 |
| 221:14-16; 221:21 – 222:6 | Tape 4_00:06:07-14; 00:06:23-49 |
| 222:23 – 223:17; 223:22-23 | Tape 4_00:07:21 – 00:08:25; 00:08:30-38 |
| 228:4-21 | Tape 4_00:13:08-34; 00:15:26-57 |
| 229:17 – 230:6 | Tape 4_00:16:31 – 00:17:53 |
| 240:23-24; 241:4-5; 241:19-21; 242:2-3; 242:14-15, 20-21, 23-24; 243:4-5, 7-9, 12-13, 15-16, 19-20 | Tape 4_00:29:28-32, 36-37; 00:30:04-09, 14-15, 42-51; 00:30:57 – 00:31:03; 00:31:07-13, 16-12, 24 |
| 245:14-17; 245:22 – 246:8; 246:12-13 | Tape 4_00:33:40-51; 00:33:58 – 00:34:19; 00:34:22-24 |
| 246:15-18; 246:21 – 247:6; 247:11 | Tape 4_00:34:30-40; 00:34:47 – 00:35:38; 00:35:44 |
| 247:17-19; 247:23 – 248:1 | Tape 4_00:36:09-18; 00:36:20-27 |
| 248:3-22 | Tape 4_00:36:29 – 00:37:44 |
| 265:8-11 | Tape 5_00:00:45-57 |
| 265:15-18 | Tape 5_00:01:07-17 |

---

[1]  Time of day not available for the Sunni Churchill deposition video. Counter-numbers indicate time from start of video.

## Allyn Becker
### Testimony of November 15, 2012

| Page:Line | Counter-Number |
| --- | --- |
| 6:5-10 | 9:14:36-45 |
| 8:23 – 9:6; 9:12, 14-22; 10:10, 12-14 | 9:16:55 – 9:17:51; 9:18:00-36, 57-58; 9:19:00-05 |
| 100:4-13; 101:6-8 | 11:22:01 – 11:23:01; 11:23:37-45 |
| 106:2-13; 107:3-5 | 11:39:27 – 11:40:29 |
| 114:9-16 | 11:48:16-35 |
| 130:14-23; 131:4-15, 19-24 | 12:06:31-59; 12:07:05-37, 40-53 |

## Jennifer Guzman
### Testimony of November 28, 2012

| Page:Line | Counter-Number |
| --- | --- |
| 8:12-13 | 9:14:39-42 |
| 9:17-19, 21-23; 10:5-14, 23 | 9:15:51 – 9:16:04; 9:16:14 – 9:17:01; 9:17:35-36 |
| 140:22 – 141:1; 141:8, 10, 13-16, 19-22; 142:10-11, 14-15 | 12:24:18-45, 51-54; 12:24:58 – 12:25:11; 12:25:15-32; 12:26:02-06, 14-17 |
| 144:14-21; 145:2, 4-9, 19-20, 24-25 | 12:28:50 – 12:29:40; 12:29:44 – 12:30:00; 12:30:17-21, 29-32 |
| 194:5-10, 15-24; 195:2 | 14:51:44 – 14:53:03; 14:53:07-09 |
| 195:8-11, 16-22, 25 | 14:53:40 – 14:54:23; 14:54:26-28 |

Lilly reserves the right to modify its list of deposition designations, including by identifying additional designations or removing designations from the above list.

Respectfully submitted,

Dated: June 14, 2013

/s/ Megan A. Hughes
Jan M. Carroll (4187-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 236-1313
jan.carroll@btlaw.com

Bruce R. Genderson
Adam L. Perlman
Ellen E. Oberwetter
Dov P. Grossman

3

        David M. Krinsky
        Megan A. Hughes
        Andrew V. Trask
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, DC  20005
        (202) 434-5000
        (202) 434-5029 (Facsimile)
        bgenderson@wc.com
        aperlman@wc.com
        eoberwetter@wc.com
        dgrossman@wc.com
        dkrinsky@wc.com
        mhughes@wc.com
        atrask@wc.com

        *Attorneys for Plaintiff Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2013, I caused a copy of the foregoing Plaintiff Eli Lilly and Company's Deposition Designations to be served electronically via operation of the Court's CM/ECF system upon the following:

David O. Tittle
Kandi K. Hidde
BINGHAM GREENEBAUM DOLL LLP
dtittle@bgdlegal.com
khidde@ bgdlegal.com

Daryl L. Wiesen
Emily L. Rapalino
Michael B. Cottler
Brian J. Prew
Natasha E. Daughtrey
GOODWIN PROCTER LLP
dwiesen@goodwinprocter.com
erapalino@goodwinprocter.com
mcottler@goodwinprocter.com
bprew@goodwinprocter.com
ndaughtrey@goodwinprocter.com

*Attorneys for Defendants Teva Parenteral Medicines, Inc., APP Pharmaceuticals, LLC, Pliva Hrvatska d.o.o., Teva Pharmaceuticals USA, Inc., and Barr Laboratories, Inc.*

    /s/ Megan A. Hughes
Megan A. Hughes