IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:10-CV-1376-TWP-DKL |
| TEVA PARENTERAL MEDICINES, INC., | ) |
| APP PHARMACEUTICALS, LLC, | ) |
| PLIVA HRVATSKA D.O.O., | ) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| and BARR LABORATORIES, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' MOTION TO SEAL DEFENDANTS' TRIAL BRIEF REGARDING THE INVALIDITY OF U.S. PATENT NO. 7,772,209**

Defendants Teva Parenteral Medicines, Inc., APP Pharmaceuticals, LLC, Teva Pharmaceuticals USA, Inc., Pliva Hrvatska d.o.o., and Barr Laboratories, Inc. (collectively known as "Defendants"), by counsel, having filed their Motion to Seal the Trial Brief Regarding the Invalidity of U.S. Patent No. 7,772,209 ("Trial Brief"), and the Court having considered the Motion now finds that it should be granted.

IT IS, THEREFORE, ORDERED that the Court shall maintain Defendants' Trial Brief (Dkt. 289) under seal until further Order of the Court.

Dated: 08/05/2013

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

Service will be made electronically on all ECF-registered counsel via email generated by the Court's ECF system.