## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:10-cv-1376-TWP-DKL |
| | ) | |
| TEVA PARENTERAL MEDICINES, INC., | ) | |
| APP PHARMACEUTICALS, LLC, | ) | |
| PLIVA HRVATSKA D.O.O., | ) | |
| TEVA PHARMACEUTICALS USA INC., and | ) | |
| BARR LABORATORIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER CONCERNING TECHNICAL TERMS

To facilitate accurate preparation of the record in this case, the parties are ordered to submit a list of technical terms and phrases that will be used at trial.   The list should be filed with the Court no later than noon on August 16, 2013.

**SO ORDERED**.

Date:   08/12/2013
_____

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Jan M. Carroll
BARNES & THORNBURG LLP
jan.carroll@btlaw.com

Bruce Roger Genderson
WILLIAMS & CONNOLLY LLP
bgenderson@wc.com

Michael B. Cottler
GOODWIN PROCTER, LLP
mcottler@goodwinprocter.com

Dov P. Grossman
WILLIAMS & CONNOLLY, LLP
dgrossman@wc.com

Anne N. DePrez
BARNES & THORNBURG LLP
adeprez@btlaw.com

Jonathan E. Grossman
GOODWIN PROCTER, LLP
jgrossman@goodwinprocter.com

Kandi Kilkelly Hidde
BINGHAM GREENEBAUM DOLL LLP
khidde@bgdlegal.com

Megan A. Hughes
WILLIAMS & CONNOLLY, LLP
mhughes@wc.com

David M. Krinsky
WILLIAMS & CONNOLLY, LLP
dkrinsky@wc.com

Ellen E. Oberwetter
WILLIAMS & CONNOLLY, LLP
eoberwetter@wc.com

Adam L. Perlman
WILLIAMS & CONNOLLY LLP
aperlman@wc.com

Emily L. Rapalino
GOODWIN PROCTER, LLP
erapalino@goodwinprocter.com

David O. Tittle
BINGHAM GREENEBAUM DOLL LLP
dtittle@bgdlegal.com

Daryl L. Wiesen
GOODWIN PROCTER, LLP
dwiesen@goodwinprocter.com

Eric H. Yecies
GOODWIN PROCTER, LLP
eyecies@goodwinprocter.com

2