# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TEVA PARENTERAL MEDICINES, INC., )<br>APP PHARMACEUTICALS, LLC, )<br>PLIVA HRVATSKA D.O.O., )<br>TEVA PHARMACEUTICALS USA INC., )<br>BARR LABORATORIES, INC., )<br>)<br>Defendants. ) | No. 1:10-cv-01376-TWP-DKL |

### ENTRY FOR SEPTEMBER 19, 2014
### THE HONORABLE TANYA WALTON PRATT, DISTRICT JUDGE

Plaintiff appeared by counsel Bruce Roger Genderson, Adam L. Perlman, Dov P. Grossman, Jan M. Carroll and James P. Leeds. Defendants appeared by counsel Daryl L. Wiesen, Elaine Hermann Blais and Kandi Kilkelly Hidde. David Moxley was the Court Reporter. Parties appeared for final pretrial conference at the Indianapolis Courthouse.

Discussion was held regarding possible trial dates, pretrial and post-trial briefing. Counsel shall confer and within ten days file a joint proposed pretrial filings schedule.

This matter was set for bench trial on <u>January 29, 2015 at 9:00 a.m</u>. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis Indiana.

Date: 9/19/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Anne N. DePrez
BARNES & THORNBURG LLP
adeprez@btlaw.com

Jan M. Carroll
BARNES & THORNBURG LLP
jan.carroll@btlaw.com

Briana Lynn Clark
BINGHAM GREENEBAUM DOLL LLP
bclark@bgdlegal.com

David O. Tittle
BINGHAM GREENEBAUM DOLL LLP
dtittle@bgdlegal.com

E. Ashley Paynter
BINGHAM GREENEBAUM DOLL LLP
apaynter@bgdlegal.com

Kandi Kilkelly Hidde
BINGHAM GREENEBAUM DOLL LLP
khidde@bgdlegal.com

Natasha E. Daughtrey
GOODWIN PROCTER LLP
ndaughtrey@goodwinprocter.com

Brian J. Prew
GOODWIN PROCTER, LLP
bprew@goodwinprocter.com

Daryl L. Wiesen
GOODWIN PROCTER, LLP
dwiesen@goodwinprocter.com

Elaine Herrmann Blais
GOODWIN PROCTER, LLP
eblais@goodwinprocter.com

Emily L. Rapalino
GOODWIN PROCTER, LLP
erapalino@goodwinprocter.com

Michael B. Cottler
GOODWIN PROCTER, LLP
mcottler@goodwinprocter.com

Andrew V. Trask
WILLIAMS & CONNOLLY
atrask@wc.com

Adam L. Perlman
WILLIAMS & CONNOLLY LLP
aperlman@wc.com

Bruce Roger Genderson
WILLIAMS & CONNOLLY LLP
bgenderson@wc.com

David M. Krinsky
WILLIAMS & CONNOLLY, LLP
dkrinsky@wc.com

Dov P. Grossman
WILLIAMS & CONNOLLY, LLP
dgrossman@wc.com

Ellen E. Oberwetter
WILLIAMS & CONNOLLY, LLP
eoberwetter@wc.com

Megan A. Hughes
WILLIAMS & CONNOLLY, LLP
mhughes@wc.com