IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:10-cv-1376-TWP-DKL ) |
| TEVA PARENTERAL MEDICINES, INC., APP PHARMACEUTICALS, LLC, PLIVA HRVATSKA D.O.O., TEVA PHARMACEUTICALS USA, INC., and BARR LABORATORIES, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING UNOPPOSED MOTION FOR
CONTINUANCE OF JANUARY 29, 2015 TRIAL**

Upon consideration of Plaintiff Eli Lilly and Company's Unopposed Motion for Continuance of January 29, 2015 Trial, it is hereby ORDERED that said motion is GRANTED; and

FURTHER ORDERED that the trial of this matter scheduled for January 29, 2015 is rescheduled for <u>February 24, 2015 at 9:00 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana.  The trial will commence at 9:00 a.m., recess at 11:45 a.m. and resume evidence and testimony at 2:00 p.m.

Dated: 01/26/2015

*Tanya Walton Pratt* (signature)
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically to all CM/ECF registered counsel of record via email generated by the Court's CM/ECF system.